GAETANO CUTUGNIO, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY,

Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.